UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN RUSSELL FOLMAR and MARGARET FOLMAR, ) ) ) Plaintiffs, ) ) v. ) ) ) SARAH HARRIS and COOKE REALTY, ) ) Defendants. ) | **JUDGMENT** No. 7:14-CV-256-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 17].

**This Judgment Filed and Entered on May 8, 2015, and Copies To:**
F. William DeVore, IV            (via CM/ECF Notice of Electronic Filing)
Clay Allen Collier               (via CM/ECF Notice of Electronic Filing)

DATE                             **JULIE RICHARDS JOHNSTON, CLERK**
May 8, 2015                      By:   /s/ Courtney O'Brien
                                       Deputy Clerk