IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-cv-00256

JONATHAN RUSSEL FOLMAR and
MARGARET FOLMAR,

        Plaintiffs,

v.

SARAH HARRIS, both individually and as an
agent for Cooke Realty, Inc.; COOKE
REALTY, INC. d/b/a COOKE REALTORS,

        Defendants.

**ORDER MODIFYING DEADLINES IN
THE DISCOVERY PLAN**

THIS CAUSE coming on to be heard and being heard before the undersigned upon the parties Joint Motion to Modify Deadlines in the Discovery Plan; with consent of all parties and for good cause shown, the Court is of the opinion that said Motion should be allowed.

It is therefore ORDERED, ADJUDGED and DECREED that the discovery deadlines in this matter shall be modified as follows:

1. On or before February 10, 2017, the parties shall conduct a mediated settlement conference with a mediator agreed upon by all parties whose fees shall be shared equally between Plaintiffs and Defendants.

2. Any additional parties must be joined by February 20, 2017.

3. Any amendment to the pleadings must occur on or before March 3, 2017.

4. All motions, including preliminary and dispositive motions (except motions in limine) shall be filed by June 7, 2017.

5. All discovery shall be completed by May 30, 2017.

6. Plaintiffs shall disclose required information and reports of experts by February 15, 2017 with Plaintiffs' experts being deposed on or before March 30, 2017.

7. Defendants shall disclose required information and reports of experts by April 5, 2017 with Defendants' experts being deposed on or before May 15, 2017.

8. All other deadlines not referenced above shall remain in full force and effect.

The remainder of the scheduling order is unchanged.

SO ORDERED. This 18 day of January 2017.

JAMES C. DEVER III
Chief United States District Judge

2